IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                    Civil Action No. 2:13-cv-13535-BAF-LJM

JOHN DOE, subscriber assigned IP address
76.112.97.202,

    Defendant.
_____/

## NOTICE OF WITHDRAWAL

    PLEASE TAKE NOTICE, Plaintiff's Renewed Motion for Leave to File Clerk's Default Under Seal (CM/ECF 19) was erroneously filed under seal. Plaintiff hereby withdraws CM/ECF 19. Plaintiff will refile the Motion unsealed and apologizes for any inconvenience this may have caused the Court.

Dated: October 29, 2014

                                            Respectfully submitted,

                                            By: /s/ *Paul J. Nicoletti*
                                            Paul J. Nicoletti
                                            paul@nicoletti-associates.com
                                            Nicoletti Law, PLC
                                            33717 Woodward Avenue, Suite #433
                                            Birmingham, MI 48009
                                            Phone: 248-203-7800
                                            *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 29, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                            By: /s/ *Paul J. Nicoletti*

1